FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

__Casey Lee Couch_____
(Enter above the full name of the plaintiff
in this action.)

Prisoner ID No. ▓▓▓▓▓ 0099250

V.                CASE NO. _____

__Raymond Jones_____
_____
_____
(Enter above the <u>full</u> name of the defendant,
or defendants, in this action.)

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

      Yes _____    No __X__

   B. If your answer to A is yes, describe each lawsuit in the space below <u>including the exact plaintiff name or alias used</u>. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this lawsuit

         Plaintiffs: _____

         Defendants: _____

      2. Court (if federal court, name the district; if state, name the county:

[Received WD/AR NOV 19 2010 U.S. CLERK'S OFFICE stamp]

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: Benton County Jail, Bentonville AR. 1300 S.W 14th St. 72712

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes _____   No _____

B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. <u>FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.</u>

C. If your answer is NO, explain why not: It's over a doctors bill (emergency room) from my previous address or place of residence. The (D.A.R.P.) Foundation in Decatur, AR.

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of plaintiff: Casey Lee Couch

Address: 1300 S.W. 14th St, Bentonville, AR. 72712

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B.  Defendant: Raymond Jones
    Position: CEO of the (D.A.R.P.) Foundation
    Place of Employment: Owns the (D.A.R.P.) Foundation
    Address: P.O Box 8 Decatur, AR. 72722 / 1199 Grant Ave.

Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

V.  **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was working at Simmons Chicken plant through the (D.A.R.P) Foundation and hurt my Ankle pretty badly. Raymond Jones had one of the directors of the program Terry take me to the emergency room in Gravite, AR. When we got to the emergency room Terry told me Raymond said for me to give them all my information & my home address for billing. Also not giving me my meds which were non-narcotic and making me suffer w/ the pain and sending me right back to work

VI.  **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the (D.A.R.P) Foundation/Raymond Jones to be liable for the medical bills and also for the pain and suffering I had to go through w/ my ankle still not back to good

I declare (or certify, verify, or state) under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this  21st  day of  October  , 20 10 .

_Casey Lee Couch_
Printed Name of Plaintiff

_Casey Couch_
Signature of Plaintiff

V. and making me go back to work, holding my visitations w/ my family over my head, if I didn't go back to work, they would take my visitations away. Later kicking me out for only one rule violation, so they wouldn't be responsible for my bill.

Also regarding the perscription, prior to prescribing me any meds the doctor was informed to give me non-narcotic meds b/c I was in a rehab. Als.