Sherry Gilbertson  12-16-10
Pro Se Law Clerk
35 East Mountain Street, Suite 510
Fayetteville, AR 72701

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 28 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

I am writing to request what to my understanding would be a motion for discovery to receive names and addresses for the following people to add as defendants in case #10-5236

① Mack Bentley who I believe is a partner to Raymond Jones
② Richard & Terry who are directors of the DARP Program
③ Alex - who is my supervisor at the Simmons Plant in Decator
④ The CEO/owner of Simmons Plant in Decator
⑤ The Human Resources Director in Decator

Thank you for your help in this matter

Casey Lee Couch #147378
P.O. Box 240
Tucker, AR 72168

Casey Couch #147378
P.O. Box 240
Tucker, AR 72168-0240

Sherry Gilbertson
Pro Se Law Clerk
35 East Mountain St, Suite 510
Fayetteville, AR 72701

**FOR LEGAL MAIL ONLY**
7270135315