IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CASEY LEE COUCH                                                                          PLAINTIFF

        v.                           Civil No.  10-5236

RAYMOND JONES, Chief
Executive Officer of the DARP
Foundation                                                                                   DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Casey Lee Couch, filed this civil rights action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On April 25, 2011, an order was entered (Doc. 7) directing Plaintiff to complete, sign, and return an addendum to his complaint. The addendum was to be filed by May 20, 2011.

On May 6, 2011, the Court's order and attached addendum were returned as undeliverable from the Tucker Unit of the Arkansas Department of Correction. When he filed this action, Plaintiff was advised (Doc. 3) that he was required to immediately inform the Court of any change of address. He was further advised (Doc. 3) that failure to inform the Court of an address change may result in the dismissal of this case.

On June 2, 2011, a change of address was entered utilizing the home address Plaintiff provided to detention center officials when booked in (Doc. 8). On June 8, 2011, the mail was returned as undeliverable.

-1-

To date, Plaintiff has not contacted the Court. No new address is available for the Plaintiff. I therefore recommend that this case be dismissed based on Plaintiff's failure to prosecute the action and his failure to obey the order of the Court. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 29th day of June 2011

                                                  /s/ *Erin L. Setser*
                                                HON. ERIN L. SETSER
                                                UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)