IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CASEY LEE COUCH**                                                                                          **PLAINTIFF**

    v.              Civ. No. 10-5236

**RAYMOND JONES,
Chief Executive Officer
of the DARP Foundation**                                                                            **DEFENDANT**

### O R D E R

Now on this 19th day of July, 2011, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 9) to which there have been on objections. The Court, being well and sufficiently advised, finds that said Report and Recommendation is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 9) is **adopted *in toto*;**

**IT IS FURTHER ORDERED** that plaintiff's complaint is **dismissed** for failure to prosecute and failure to obey court orders pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                    **JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT JUDGE**